IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: AARON M. & DANA M. MURDOCK   )
                                    )
WELLS FARGO BANK, N.A.,             )
          Creditor,                 )
     vs.                            ) CASE NO. 09B00167
                                    ) JUDGE JACK B. SCHMETTERER
AARON M. & DANA M. MURDOCK,         )
          Debtor                    )
                                    )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 6, 2010.

   a. Attorney's Fees         $250.00

   b. Late Charges             $81.00

   Total                      $331.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088