IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AARON M. & DANA M. MURDOCK ) | |
| ) | |
| ) | |
| WELLS FARGO BANK, N.A./U.S. BANK ) | |
| NATIONAL ASSOCIATION, AS TRUSTEE FOR ) | |
| SASCO 2005-RF6, ) | |
|     Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 09B00167 |
| ) | JUDGE JACK B. SCHMETTERER |
| AARON M. & DANA M. MURDOCK, ) | |
|     Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A./U.S. Bank National Association, as Trustee for SASCO 2005-RF6, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 8, 2011.

    a. Attorney's Fees                                           $250.00

    b. Payments    (8/11 - 9/11, 2 @ $1,266.33)   $2,472.66

    c. Late charges                                              $137.00

            Total                                                $2,859.66

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A./U.S. Bank National Association, as Trustee for SASCO 2005-RF6 rights to collect these amounts will remain unaffected.

          Respectfully Submitted,
Wells Fargo Bank, N.A./U.S. Bank National Association, as Trustee for SASCO 2005-RF6

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088